JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE WALTERS, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>FCA US LLC, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 2:20-cv-00644-AB-JC<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>*Assigned for All Purposes to the Honorable André Birotte Jr.* |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

     Plaintiff, Monique Walters ("Plaintiff"), having accepted Defendant FCA US LLC's ("FCA" or "Defendant") Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, submits the following Proposed Judgment.

     1.    Judgment is entered in favor of Plaintiff and against Defendant in the sum of $32,047.47, which constitutes reimbursement for the Subject Vehicle, as well as incidental and consequential damage. FCA will pay this amount within seven ("7") days after Plaintiff delivers the Subject Vehicle to Defendant.

     2.    Plaintiff will deliver the Subject Vehicle to FCA on a date, time, and place mutually agreeable no later than ninety ("90") days after August 14, 2020, the date in which Plaintiff provided Notice of Acceptance of Defendant's Rule 68 Offer.

     3.    Plaintiff's attorneys' fees and costs will be paid pursuant to Civil Code

Section 1794(d), to be determined by noticed motion. FCA will pay the attorneys' fees and costs amounts determined by this Court within 30 days' notice of this Court's ruling on the same.

Dated: November 18, 2020

_____
Honorable André Birotte Jr.
Judge for the Central District of California